UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRANDON RAMSEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>C/O A. DICKERSON, et al.,<br><br>        Defendants. | 1:19-cv-00666-DAD-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**<br>**(ECF No. 25.)** |

David Brandon Ramsey ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2021, plaintiff filed a motion for extension of time to complete and return service documents to the court, pursuant to the court's order issued on July 7, 2021. (ECF No. 25.) Plaintiff returned the service documents to the court on August 25, 2021. (ECF No. 26.)

The Court finds good cause to grant Plaintiff's motion for extension of time *nunc pro tunc*. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time, filed on August 20, 2021, is granted *nunc pro tunc*, deeming Plaintiff's service documents timely returned to the court on August 25, 2021.

IT IS SO ORDERED.

    Dated:   **August 27, 2021**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE