UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRANDON RAMSEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C/O A. DICKERSON, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00666-DAD-GSA-PC**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**<br>**(ECF No. 40.)**<br><br>**ORDER EXTENDING DEADLINES FOR ALL PARTIES**<br><br><u>**New Discovery Deadline**</u>:　　　　**June 27, 2022**<br><br><u>**New Dispositive Motions Deadline**</u>:　**August 25, 2022** |

## I.　BACKGROUND

David Brandon Ramsey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint filed on October 5, 2020, against defendants Sergeant A. Jimenez and Correctional Officers A. Dickerson, S. Borlina, and J. Santiago ("Defendants") for use of excessive force in violation of the Eighth Amendment.  (ECF No. 15.)

On October 27, 2021, the court issued a Discovery and Scheduling Order establishing pretrial deadlines for the parties, including a discovery deadline of March 27, 2022, and a deadline of May 27, 2022 for filing dispositive motions.  (ECF No. 32.)  On March 16, 2022, Defendants filed a motion to modify the Scheduling Order.  (ECF No. 40.)  Plaintiff has not opposed the motion.

## II.　MOTION TO MODIFY SCHEDULING ORDER

Modification of a scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, <u>Johnson v. Mammoth Recreations,</u>

1

Inc., 975 F.2d 604, 609 (9th Cir. 1992).  To establish good cause, the party seeking the modification of a scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of the order.  Id.  The court may also consider the prejudice to the party opposing the modification.  Id.  If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify.  Zivkovic v. Southern California Edison, Co., 302 F.3d 1080, 1087 (9th Cir. 2002).

The court finds good cause to extend the discovery and dispositive motions deadlines in the court's Discovery and Scheduling Order as requested by Defendants.  Therefore, the motion to modify the Discovery and Scheduling Order, filed by Defendants on March 16, 2022, shall be granted.

### III.  CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the court's Discovery and Scheduling Order, filed on March 16, 2022, is GRANTED;
2. The discovery deadline is extended from March 27, 2022 to **June 27, 2022** for all parties to this action;
3. The deadline for filing and serving pretrial dispositive motions is extended from May 27, 2022 to **August 25, 2022** for all parties to this action; and
4. All other provisions of the court's October 27, 2021 Discovery and Scheduling Order remain the same.

IT IS SO ORDERED.

Dated:   **May 12, 2022**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE