UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRANDON RAMSEY,<br><br>         Plaintiff,<br><br>    vs.<br><br>C/O A. DICKERSON, et al.,<br><br>         Defendants. | **1:19-cv-00666-DAD-GSA-PC**<br><br>**ORDER RE PLAINTIFF'S OBJECTION TO ORDERS MODIFYING THE COURT'S SCHEDULING ORDER**<br>**(ECF No. 44.)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR THE COURT TO VACATE ITS ORDER ISSUED ON MAY 133, 2022**<br><br>**ORDER GRANTING PLAINTIFF <u>UNTIL JULY 26, 2022</u>, TO RESPOND TO DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER FILED ON MAY 31, 2022**<br>**(ECF No. 45.)** |

     David Brandon Ramsey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint filed on October 5, 2020, against defendants Sergeant A. Jimenez and Correctional Officers A. Dickerson, S. Borlina, and J. Santiago ("Defendants") for use of excessive force in violation of the Eighth Amendment.  (ECF No. 15.)

     On May 23, 2022, Plaintiff filed an objection to the court's order modifying the Discovery and Scheduling Order in this case.  (ECF No. 44.)  Plaintiff complains that he was not given an opportunity to respond to the motion for modification of the scheduling order filed by Defendants

on March 16, 2022.  Plaintiff asserts that he did not receive any notification or copy of the motion from Defendants, and he requests the Court to vacate its order granting Defendants' motion to modify the Discovery and Scheduling Order.

Court records show that Defendants served Plaintiff with their Notice of Motion and Motion to Modify Scheduling Order, Declaration of Deputy Attorney General Shiran Zohar in Support of Motion to Modify Scheduling Order, and [Proposed] Order Granting Defendants' Motion to Modify Scheduling Order on March 16, 2022, at Plaintiff's address as follows:

> David Brandon Ramsey (BC4833)
> Coalinga State Hospital
> P.O. Box 5003
> Coalinga, CA 93210-5003

The Court's address of record for Plaintiff reads as follows:

> David Brandon Ramsey (5003)
> Coalinga State Hospital
> P.O. Box 5003
> Coalinga, CA 93210-5003

Plaintiff is advised that if either of these addresses is inaccurate he must notify the Court as soon as possible.  Local Rule 182(f) requires a *pro se* party to notify the Clerk and all other parties of any change of address and absent such notice, service of documents at the prior address shall be fully effective.

The Court shall not vacate its May 13, 2022 order.  Plaintiff has not provided evidence that anyone intentionally failed to serve him, or that he was prejudiced because he did not receive a copy of Defendants' motion to modify the scheduling order.

On May 31, 2022, Defendants filed another motion to modify the scheduling order.  (ECF No. 45.)  In the motion, Defendants responded to Plaintiff objection filed on May 23, 2022.  Should Plaintiff wish to respond, or to oppose Defendants' motion, he may do so **by July 26, 2022.**  See Local Rule 230(*l*).

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for the Court to vacate its order issued on May 13, 2022, is denied;

2. Plaintiff is informed that he is required to notify the Court of any change in his address; and

3. Plaintiff is granted **until July 26, 2022** to respond to Defendants' motion to modify the court's Discovery and Scheduling Order, filed on May 31, 2022.

IT IS SO ORDERED.

   Dated:   **June 3, 2022**                         /s/ Gary S. Austin
                                                            UNITED STATES MAGISTRATE JUDGE