**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BRANDON RAMSEY, | No. 1:19-cv-00666-KES GSA (PC) |
| Plaintiff, | |
| v. | |
| A. DICKERSON, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

David Brandon Ramsey, is necessary and material in a settlement conference in this case which is now set to be conducted on June 3, 2024, and who is currently detained in Coalinga State Hospital (CSH), in the custody of the Executive Director. In order to secure this detainee's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on Monday, June 3, 2024, at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the detainee named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Coalinga State Hospital at (559) 935-4308 or via e-mail and a courtesy copy to the Litigation Office at California State Prison, Corcoran at (559) 992-7372 or via e-mail.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Executive Director, CSH, P. O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to appear before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **April 29, 2024**             **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE