1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID BRANDON RAMSEY,                No.  1:19-cv-00666 KES GSA (PC)

12                 Plaintiff,             ORDER GRANTING DEFENDANTS'
                                          REQUEST FOR SETTLEMENT
13          v.                            CONFERENCE

14   A. DICKERSON, et al.,                (ECF No. 77)

15                 Defendants.            SETTLEMENT CONFERENCE VIA
                                          VIDEOCONFERENCING
16                                        CALENDARED FOR **WEDNESDAY,
                                          JULY 31, 2024, AT 1:00 P.M.** BEFORE
17                                        UNITED STATES MAGISTRATE JUDGE
                                          BARBARA A. MCAULIFFE
18

19
            Plaintiff is a civil detainee and former state prisoner proceeding pro se and in forma
20
    pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is at the pretrial
21
    phase of the proceedings.
22
            Before this Court is Defendants' request that a settlement conference be calendared in this
23
    case.  ECF No. 77.  For the reasons stated below, the request will be granted.
24
            I.      RELEVANT FACTS
25
            On April 19, 2024, this matter was ordered set for a settlement conference.  ECF No. 72.
26
    On May 10, 2024, the settlement conference date, which had been scheduled for June 3, 2024
27
    (see ECF No. 72), was vacated due to a stated conflict with Plaintiff's court schedule in a
28

                                            1

different case (see generally ECF Nos. 74, 75).  Thereafter, on May 21, 2024, Defendants filed the instant joint stipulated request that the Court set a new settlement conference on a date sometime in mid to late July 2024.  ECF No. 77.

II.   DISCUSSION

In support of Defendants' motion, counsel for Defendants state that after the June 3, 2024, settlement conference date had been vacated by the Court, Counsel contacted and spoke with Plaintiff.  ECF No. 77-1 at 2 (DAG Zhou's declaration).  Counsel further contends that during her conversation with Plaintiff the parties agreed that rescheduling the settlement conference to a date in mid-to-late July would be ideal.  Id.  Counsel also states that the parties request that the conference be conducted virtually.  See id.

Defendants' motion will be granted.  A settlement conference hearing will be set before Judge Barbara A. McAuliffe for Wednesday, July 31, 2024, at 1:00 p.m. via Zoom videoconferencing.  Under separate order, the proper appearance writ for Plaintiff  will issue.

Accordingly, IT IS HEREBY ORDERED that:

1.   Defendants' request for new settlement conference date (ECF No. 77) is GRANTED;

2.   A settlement conference in this case will be held **via Zoom videoconferencing on Wednesday, July 31, 2024, at 1:00 p.m. before United States Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:   **June 11, 2024**                                      **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

2