# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DAVID BRANDON RAMSEY,                    Case No. 1:19-cv-00666 KES GSA (PC)

      Plaintiff,

  v.

A. DICKERSON, et al.,

      Defendants.                    **ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

_____/

David Brandon Ramsey, is necessary and material in a settlement conference in this case which is set on July 31, 2024, and is currently detained in Coalinga State Hospital (CSH), in the custody of the Executive Director.  In order to secure this detainee's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Barbara A. McAuliffe, by Zoom video conference from his place of detention, on Wednesday, July 31, 2024, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Executive Director to produce the detainee named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court.  Zoom video conference connection information will be supplied via separate e-mail.

2. The custodian is ordered to notify the Court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at Coalinga State Hospital at (559) 935-4308 or via e-mail.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Esther Valdez, Courtroom Deputy, at evaldez@caed.uscourts.gov.

<b>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</b>

**To: Executive Director, CSH, P. O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to appear before Judge McAuliffe at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   __**July 8, 2024**__          _____**/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

