**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BRANDON RAMSEY,<br><br>            Plaintiff,<br><br>      v.<br><br>DICKERSON, *et al.*,<br><br>            Defendants. | Case No.: 1:19-cv-00666-KES-GSA (PC)<br><br>ORDER THAT PATIENT DAVID BRANDON RAMSEY, #3104-7 IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff David Brandon Ramsey is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on July 31, 2024.  Patient David Brandon Ramsey, #3104-7, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this patient is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 1, 2024**                                   /s/ *Barbara A. McAuliffe*
                                                                                    UNITED STATES MAGISTRATE JUDGE