# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRANDON RAMSEY,<br><br>Plaintiff,<br><br>v.<br><br>DICKERSON, et. al,<br><br>Defendants. | Case No. 1:19-cv-0666-KES-GSA (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 78) |

The Court conducted a settlement conference in this action on July 31, 2024, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **August 1, 2024**          /s/ Barbara A. McAuliffe          
                                    UNITED STATES MAGISTRATE JUDGE