UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRANDON RAMSEY, | No. 1:19-cv-00666 KES GSA (PC) |
| Plaintiff, | ORDER ACKNOWLEDGING PARTIES' JOINT STIPULATION TO VOLUNTARILY DISMISS MATTER WITH PREJUDICE |
| v. | |
| A. DICKERSON, et al., | (ECF No. 85); Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

On July 31, 2024, the parties settled this matter, and they were ordered to file dispositive documents with the Court within thirty days. ECF No. 82. The parties have complied with the Court's order and have filed a signed stipulation which requests that this matter should be dismissed with prejudice. See ECF No. 85.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court ACKNOWLEDGES the parties' filing of their joint stipulation which requests that this matter be DISMISSED with prejudice. See ECF No. 85.

2. Consistent with it, and with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is VOLUNTARILY DISMISSED with prejudice, and

3. The Clerk of Court is directed to CLOSE this case.

1

IT IS SO ORDERED.

    Dated: **August 16, 2024**            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE